*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-202-GW(PLAx) | Date | January 19, 2012 |
|---|---|---|---|
| Title | *Karin Graziani v. St. Jude Medical, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**


On January 12, 2012, the Court issued an Order to Show Cause for Failure to Appear on January 9 and 12, 2012.

Plaintiff Karin Graziani was ordered to appear and no appearance nor response has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

|  | : |
|---|---|
| Initials of Preparer | JG |